IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Tanae Taylor | ) | |
| a/k/a exotic dancer "Karizma" | ) | |
| 2729 Round Road | ) | |
| Baltimore, MD 21225 | ) | |
| | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 13-CV-3706 |
| PP&G, INC. | ) | |
| d.b.a. NORMA JEAN'S NITE CLUB | ) | |
| 10 Custom House Ave | ) | |
| Baltimore, MD 21202 | ) | |
| | ) | |
|      and | ) | |
| | ) | |
| LISA DIANE IRELAND | ) | |
| 10 Custom House Ave | ) | |
| Baltimore, MD 21202 | ) | |
| | ) | |
| | ) | |
|   Defendants. | ) | |

**PLAINTIFF'S MOTION TO STAY DISCOVERY FOR 30 DAYS**

COMES NOW, J. Wiggs, Esq., and The Wiggs Law Group, LLC, attorney for Plaintiff, Tanae

Taylor, and respectfully moves this Honorable Court for a consent motion to stay of discovery

for  30 days.

As grounds Counsel sets forth the following:

1.     Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown,

extend the time within which a prescribed act may be done.

2.     Federal Rule of Civil Procedure 26(c) permit the Court, "for good cause shown",

to "make any order which justice requires to protect a party…"

3.      On December 9, 2013, Plaintiff filed her Complaint in this Honorable Court. This
Court set a scheduling order on April 16, 2014.

4.      Plaintiff and Attorney J. Wiggs have irreconcilable differences.

5.      Attorney J. Wiggs also advised Plaintiff by letter dated May 17, 2014,
 of undersigned counsel's proposed withdrawal and notifying the her either to have new counsel
enter an appearance or to advise the Clerk that the client will be proceeding without counsel.

6.   On May 20, 2014 Plaintiff's attorney filed a Motion to Withdraw as counsel because of
     irreconcilable differences.

7.   Plaintiff has not retained other counsel as of this filing.

8.   Plaintiff's counsel contacted Defense counsel via email and phone about this motion but
     was unable to reach Defense counsel and did not receive a response.

9.      Counsel for plaintiff  requests that discovery in this case should be
stayed for 30 days until June 30, 2014 so that plaintiff can choose to hire another
lawyer or represent herself.

10.     Counsel for plaintiff requests that Plaintiff answers outstanding
discovery by June 30, 2014.

11.     Counsel for plaintiff requests that discovery should close in this
case on September 29, 2014.

12.     Counsel for plaintiff requests that the deadline for requests for
admissions be set for June 30, 2014.

13.     Counsel for plaintiff requests that the deadline for filing summary

judgment motions be set for October 29, 2014.


For the forgoing reasons, Plaintiff asks this Honorable Court for to grant Plaintiff's

motion to stay of discovery for 30 days.


Respectfully submitted,


_____/s/_____

J. Wiggs, Esq.
The Wiggs Law Group, LLC
9701 Apollo Drive
Suite 301
Upper Marlboro, MD 20774
240-326-3711
Counsel for Plaintiff
Bar# 18231